# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ( | Case No. 10-18356 |
| | ( | |
| Allan & Jennifer Kissoon, | ( | Chapter 13 |
| | ( | |
| Debtors | ( | Judge Harris |

## DEBTORS' MOTION TO AVOID JUDICIAL LIENS

Debtors, by and through counsel, and in support of this Motion to Avoid Judicial Liens, state to the Court as follows:

1. The Court has jurisdiction over this proceeding under 28 U.S.C. 1334(b) and 11 U.S.C. 522(f).

2. Debtors filed a petition under Chapter 13 of the Bankruptcy Code on August 24, 2010.

3. At the time of the filing, two (2) judicial liens were recorded against Debtors' real estate which is occupied as the homestead, specifically:

    a.) Capital One Bank USA NA, lien number JL-10-421493, recorded on August 4, 2010 in the amount of $842.90 (plus interest and costs), resulting from a judgment in case number 2010 CVF 005425 in the Cleveland Municipal Court, Cuyahoga County, Ohio;

    b.) Capital One Bank USA NA, lien number JL-10-423606, recorded on August 26, 2010 in the amount of $1,088.68 (plus interest and costs), resulting from a judgment in case number 2010 CVF 007544 in the Cleveland Municipal Court, Cuyahoga County, Ohio;

4. At the time the bankruptcy petition was filed, Debtors' homestead was valued at approximately $108,100.00, and was encumbered by a first mortgage held by Mortgage Services Center/Dollar Bank with an approximate balance of $97,101.80 (per proof of claim 8). (Copy of Auditor's Card is attached.)

5. Pursuant to O.R.C. 2329.66(A)(1) Debtors are entitled to exempt $43,250 worth of equity in their homestead on Schedule C of their petition which was so claimed.

6. According to the formula set forth in 11 U.S.C. 522(f)(2)(A), the judicial liens held by the above-named creditors impair the homestead exemption to which Debtors are entitled under O.R.C. 2329.66(A)(1) and as such are avoidable pursuant to 11 U.S.C. 522(f)(1)(A).

7. Avoiding the judicial liens held by the above creditors is necessary for Debtors' fresh start.

**WHEREFORE**, Debtors request that this Court avoid the judicial liens held by Capital One Bank USA NA in their entireties in that said liens impair Debtors' homestead exemption, and grant such further relief as is just and equitable.

Respectfully submitted,

/s/ Debra Booher
Debra E. Booher (#0067804)
Debra Booher & Associates Co., LPA
1 Cascade Plaza, 1st Floor
Akron, OH 44308
Tel 330.253.1555
Fax 330.253.1599
charlotte@bankruptcyinfo.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically transmitted on or about September 24, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

The U.S. Trustee

Trustee Craig Shopneck

I further hereby certify that a copy of the foregoing was mailed on September 24, 2010 by regular U.S. Mail (unless otherwise noted) to the following parties:

Capital One Bank USA, NA

Attn: Officer or Director

4851 Cox Road

Glen Allen, VA 23060, Creditor (via certified)

Capital One Bank USA, NA

15000 Capital One Dr.

Richmond, VA 23238, Creditor

Capital One Bank USA, NA

c/o Weltman, Weinberg & Reis

323 W. Lakeside Ave., Ste. 200

Cleveland, OH 44113, Creditor's Attorney

Allan & Jennifer Kissoon,
14410 Roxboro Ave.
Cleveland, OH 44111, Debtors

                                      /s/ Debra Booher
                                      Debra Booher (#0067804)
                                      Attorney for Debtors

HOME | CONTACT | CUYAHOGA COUNTY HOME

**CUYAHOGA COUNTY AUDITOR**

**Real Property Information**

General Information | Transfer History | Certified Values | Land Record | Residential Bldg. Sketch | Taxes | Search Page

| | |
|---|---|
| **PRIMARY OWNER** | Kissoon, Allan |
| **SECONDARY OWNER** | Kissoon, Jennifer M.P. |
| **PROPERTY ADDRESS** | 14410 Roxboro Ave, Cleveland, OH 44111 |
| **TAX MAILING ADDRESS** | DOL1 Dollar Bank Servicing Center, P O Box 8469 Canton, OH 44711 |
| **LEGAL DESCRIPTION** | 19 ROXBOROPK 0015 SP |
| **PROPERTY CLASS** | SINGLE FAMILY DWELLING |

[Field Definitions]

**2009 (pay in 2010) TAXBILL SUMMARY**

| PARCEL NUMBER | 024-27-055 | TAXSET | Cleveland | TAX YEAR | 2009 (pay in 2010) |
|---|---|---|---|---|---|

| **ASSESSED VALUES** | | **MARKET VALUES** | | **FLAGS** | |
|---|---|---|---|---|---|
| LAND VALUE | 6,090.00 | LAND VALUE | 17,400.00 | 2.5% RED. | Y |
| BUILDING VALUE | 31,750.00 | BUILDING VALUE | 90,700.00 | HOMESTEAD | N |
| TOTAL VALUE | 37,840.00 | TOTAL VALUE | 108,100.00 | FORECLOSURE | N |
| HOMESTEAD VALUE | 0 | | | CERT. PEND. | N |
| | | | | CERT. SOLD | N |
| **HALF YEAR CHARGE AMOUNTS** | | **RATES** | | PAYMENT PLAN | N |
| GROSS TAX | 1,937.41 | FULL RATE | 102.4 | | |
| LESS 920 RED | 649.66 | 920 RED. RATE | .335325 | | |
| SUB TOTAL | 1,287.75 | EFFECTIVE RATE | 68.06267 | **ESCROW** | |
| 10% RED. AMOUNT | 128.78 | | | ESCROW | N |
| 2.5% RED. AMOUNT | 32.19 | | | PMT. AMOUNT | 0.00 |
| HOMESTEAD RED. AMOUNT | 0.00 | | | ACCOUNT | |
| TOTAL ASSESSMENTS | 0.00 | | | | |
| HALF YEAR NET TAXES | 1,126.78 | | | | |

| | CHARGES | PAYMENTS | BALANCE DUE |
|---|---|---|---|
| **TAX BALANCE SUMMARY:** | 2,253.56 | 2,253.56 | 0.00 |

**2009 (pay in 2010) CHARGE AND PAYMENT DETAIL**

Tax Information is up to the hour - tell me more.

| TAXSET | CHARGE TYPE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|
| Cleveland | 1st half tax | 1,126.78 | 1,126.78 | 0.00 |
| | 1ST HALF BALANCE | 1,126.78 | 1,126.78 | 0.00 |
| | 2nd half tax | 1,126.78 | 1,126.78 | 0.00 |
| | 2ND HALF BALANCE | 1,126.78 | 1,126.78 | 0.00 |
| TOTAL BALANCE | | 2,253.56 | 2,253.56 | 0.00 |

CUYAHOGA COUNTY ASSUMES NO LIABILITY FOR DAMAGES AS A RESULT OF ERRORS, OMISSIONS OR DISCREPANCIES CONTAINED IN THESE PAGES. PROSPECTIVE PURCHASERS SHOULD CONSULT A REAL ESTATE ATTORNEY AND PURCHASE A TITLE INSURANCE POLICY PRIOR TO THE SALE.

© CUYAHOGA COUNTY AUDITOR'S OFFICE